No. 96–6196.  AGUILAR RILEY OZMEN v. NEW MEXICO.  Dist. Ct. N. M., Bernalillo County.  Certiorari denied.

No. 96–6201.  KEMER v. JOHNSON, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION.  C. A. 2d Cir.  Certiorari denied.

No. 96–6207.  TURNER v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir.  Certiorari denied.

No. 96–6215.  ALLAH v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT FRACKVILLE.  C. A. 3d Cir. Certiorari denied.

No. 96–6236.  POINDEXTER v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 96–6242.  JACKSON v. CHATER, COMMISSIONER OF SOCIAL SECURITY.  C. A. 6th Cir.  Certiorari denied.

No. 96–6253.  THOMAS v. UNITED STATES; and
No. 96–6313.  THOMAS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.  Reported below: 91 F. 3d 139.

No. 96–6255.  VAN HOORELBEKE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–6256.  ESQUIVEL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 96–6257.  GEFFRARD v. UNITED STATES; and
No. 96–6263.  LANDRY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.  Reported below: 87 F. 3d 448.

No. 96–6258.  HICKS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 96–6259.  HUNTER v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 96–6266.  KHAMVONGSA v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 96–6275.  GARZA CANTU v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.